UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**LABORERS' PENSION FUND; ET AL**

PLAINTIFF(S)

vs.

**A.B.D. TANK & PUMP CO.**

DEFENDANT(S)

COURT DATE:

Case No.
**08 CV 2537**

SERVICE DOCUMENTS:
**SUMMONS & COMPLAINT**

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 09, 2008**, at **3:15 PM**, I served the above described documents upon **A.B.D. TANK & PUMP CO., C/O BURKELAW AGENTS, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **BARBARA DONA1 PARALEGAL**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **330 N. WABASH AVE. 22ND FL, CHICAGO, IL 60611.**

**DESCRIPTION:**  Gender: **F**  Race: **WHITE**  Age: **55**  Hgt: **5'6"**  Wgt: **145**  Hair: **BROWN**  Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 12th day of May, 2008

*[signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
Laborers Pension and Welfare Funds*

ORIGINAL PROOF OF SERVICE

TRACKING #
38423